**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF NextGen 1.8 (rev. 1.8.3)**
**Eastern Division**

UNITED STATES OF AMERICA
          Plaintiff,

v.          Case No.: 1:22−cr−00125
          Honorable Steven C. Seeger

Joshua Jones
          Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Friday, February 28, 2025:

    MINUTE entry before the Honorable Steven C. Seeger as to Joshua Jones: Status hearing held on February 28, 2025. Counsel updates the court on the status of discovery. A status hearing is set for June 27, 2025 at 10:30 a.m. The parties request to set a trial date. Trial is hereby set for December 11, 2025 at 9:00 a.m. The Court will reserve 1 week for trial, based on the estimate received from the parties. Proposed jury instructions and motions in limine are due by October 30, 2025. Responses are due by November 13, 2025. No replies unless otherwise directed by the Court. Proposed jury instructions, voire dire questionnaire, witness lists, and exhibit lists must be filed on the docket and emailed in Microsoft Word to the Court's proposed inbox: proposed_order_seeger@ilnd.uscourts.gov by October 30, 2025. A final pretrial conference is set for November 21, 2025 at 2:00 p.m. Without objection, time is excluded in the interest of justice from January 15, 2025 to and including the trial date pursuant to 18 U.S.C. § 3161(h)(7)(A) for reasons stated on the record. Mailed notice (jjr, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.